ROTHNER, SEGALL & GREENSTONE
ANTHONY R. SEGALL (CSB #101340)
E-mail: asegall@rsglabor.com
MICHELE SHERER ANCHETA (CSB #192039)
E-mail: mancheta@rsglabor.com
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

Attorneys for Plaintiffs

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA LOCAL 831 EMPLOYER HEALTH FUND; SOUTHERN CALIFORNIA LOCAL 831 EMPLOYER PENSION FUND; and CALIFORNIA TRADESHOW AND SIGN CRAFTS JOINT TRAINING TRUST FUND OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 36,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMUS, INC.; STEVEN ELLSWORTH, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 8:18-cv-00627-JVS (KESx)<br><br>Hon. James V. Selna<br><br>ORDER RE: STIPULATION TO DISMISS CASE WITHOUT PREJUDICE |

1

TO ALL INTERESTED PARTIES:

The Court, having reviewed the Stipulation re: Dismissal of Case Without Prejudice hereby dismisses this case without prejudice.

Dated: January 25, 2019

_____
The Honorable James V. Selna